**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000682
14-SEP-2012
10:13 AM**

NO. CAAP-11-0000682

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEILANI J. MINDORO on behalf of TI,
Petitioner-Appellant,
v.
TYLER IWAMOTO, TRAVIS IWAMOTO, and MICHELLE PRICE,
Respondents-Appellees

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-DA NO. 11-1-0209)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on September 16, 2011, Petitioner-Appellant Leilani J. Mindoro, on behalf of T.I., (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on November 15, 2011, and the appellate clerk informed Appellant that the jurisdictional statement was due November 25, 2011 and the opening brief was due December 27, 2011;

(3) Appellant did not file either document;

(4) on August 12, 2012, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on August 22, 2012 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 14, 2012.

Presiding Judge

Associate Judge

Associate Judge